# Order

Michigan Supreme Court
Lansing, Michigan

November 24, 2015

Robert P. Young, Jr.,
Chief Justice

150540

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

SC:  150540
COA:  323751
St Clair CC:  14-000688-FH

WILLIAM BASIL LYNDS,
    Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the October 16, 2014 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 24, 2015



Clerk

p1116